UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WADDEL, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01217-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO AMEND  (ECF No. 10)<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Gustavo Torres ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on August 4, 2014.  On October 2, 2014, Plaintiff filed a motion to amend his complaint to add defendants.  (ECF No. 10.)   Given that Plaintiff has not previously amended his complaint, he may amend once as a matter of right at this stage in the proceedings.  Fed. R. Civ. P. 15(a)(1).  In other words, Plaintiff may amend his complaint without a court order at this time.  Plaintiff's amended complaint should be complete within itself without reference to a prior complaint.  Local Rule 220.

///

///

///

1

Accordingly, as Plaintiff does not need leave of court to file an amended complaint, his motion is HEREBY DENIED as unnecessary.  Any amended complaint should be filed within thirty (30) days following service of this order.

IT IS SO ORDERED.

Dated:   **October 6, 2014**              /s/ *Barbara A. McAuliffe*  
                                                       UNITED STATES MAGISTRATE JUDGE