UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO TORRES,<br><br>              Plaintiff,<br><br>       v.<br><br>WADDEL, et al.,<br><br>              Defendants. | Case No.: 1:14-cv-01217-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A COURT ORDER DIRECTING CCI OFFICERS TO PROVIDE PLAINTIFF WITH HIS LEGAL PAPERWORK AS MOOT<br>(ECF No. 9) |

Plaintiff Gustavo Torres ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 4, 2014. Plaintiff's complaint concerns allegations of deliberate indifference to his health and safety. Plaintiff has consented to the jurisdiction of the United States Magistrate Judge. (ECF No. 8.)

On August 27, 2014, Plaintiff filed a letter requesting that the Court order officers at the California Correctional Institution ("CCI") to provide him with his legal paperwork, which contains the names and address of the people involved in his complaint. (ECF No. 9, p. 1.)

On October 2, 2014, Plaintiff filed a motion to amend his complaint to add the names of defendants. In his moving papers, Plaintiff reported that he received his legal material on September 29, 2014, which contained the names of the people that needed to be added to his complaint. (ECF No. 10, p. 1.)

Based on Plaintiff's representation that he has been provided with his legal material, Plaintiff's pending request for a court order is unnecessary and is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 7, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE