UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO TORRES,<br><br>          Plaintiff,<br><br>     v.<br><br>WADDEL, et al.,<br><br>          Defendants. | Case No.: 1:14-cv-01217-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND WITHOUT PREJUDICE (ECF No. 14)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Gustavo Torres ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 4, 2014. On October 2, 2014, Plaintiff filed a motion to amend his complaint to add defendants. (ECF No. 10.)  On October 6, 2014, the Court denied the motion as unnecessary, explaining that Plaintiff was entitled to file an amended complaint without a court order. The Court directed Plaintiff that any amended complaint should be filed within thirty days. (ECF No. 11.)  On October 17, 2014, Plaintiff filed the instant motion to amend his complaint. In his moving papers, Plaintiff states that he "has amended his complaint (ECF No. 10) by adding 3 more defendants to this action, --Captaing [sic] Wadde, Sergeant R. Burkett, C/O M. Mercado and C/O M. Cruz." (ECF No. 14)

Plaintiff's motion and identification of defendants does not serve as a proper amendment to his complaint. If Plaintiff seeks to add defendants, then he must file a first amended complaint that

1

1 | includes all of his allegations and claims against each and every defendant.  Plaintiff may not file a
2 | piecemeal complaint.  As previously instructed, Plaintiff's amended complaint should be complete
3 | within itself without reference to a prior complaint.  Local Rule 220.
4 |      Accordingly, Plaintiff's motion to amend is denied without prejudice.  If Plaintiff seeks to
5 | amend his complaint to add defendants, then any amended complaint should be filed within thirty (30)
6 | days following service of this order.
7 | IT IS SO ORDERED.

Dated:   **October 20, 2014**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE