1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO TORRES, | Case No. 1:14-cv-01217-BAM (PC) |
| Plaintiff, | **ORDER TO RECAPTION CASE** |
| v. | |
| WADDEL, | |
| Defendant. | |
| _____/ | |

Following screening pursuant to 28 U.S.C. § 1915A, this action proceeds against Defendants Burkett, Mercado and Cruz.  Therefore, the caption should reflect that this action no longer proceeds against Defendant Waddel and that there are multiple defendants.  Accordingly, the Caption for this case shall be as follows:

///

///

1

| | |
|---|---|
| GUSTAVO TORRES,<br><br>        Plaintiff,<br><br>     v.<br><br>R. BURKETT, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01217-BAM (PC) |

IT IS SO ORDERED.

    Dated:   **April 20, 2015**                    /s/ *Barbara A. McAuliffe*    
                                                    UNITED STATES MAGISTRATE JUDGE